

NUMBER 13-12-00757-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TEXAS REAL ESTATE COMMISSION,                                         Appellant,

v.

CHARLOTTE A. HANSEN AND JAMES
LARRY HANSEN,                                                                      Appellees.

### On appeal from the County Court No. 3
### of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria
Memorandum Opinion Per Curiam**

On December 19, 2014, this Court issued an opinion and judgment in this appeal, affirming the trial court's judgment.  The parties have now filed a "Joint Motion for Dismissal of Appeal and Withdrawal of Memorandum Opinion."  The parties have reached a settlement and request that this Court dismiss the appeal and withdraw its memorandum opinion.  *See generally* TEX. R. APP. P. 42.1.

The Court, having examined and fully considered the joint motion filed by the parties, is of the opinion that it should be and is GRANTED. Accordingly, we withdraw our opinion and judgment of December 19, 2014, substitute this opinion and judgment in their place, and DISMISS this appeal. *See id.* R. 42.1(c). All pending motions are DISMISSED AS MOOT. The joint motion is silent regarding the assessment of costs for the appeal, so the costs will be taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM

Delivered and filed the
29th day of January, 2015.